# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## NORTHERN DIVISION

In the Matter of:

                                                    CHAPTER 13 PROCEEDINGS

BRUCE ALAN BARCIA                 CASE NUMBER: 06-20932
TONI LYNN BARCIA                  HON: DANIEL S OPPERMAN
            Debtor(s).
_____/

## STATEMENT REGARDING FUNDS TO BE DEPOSITED IN US REGISTRY

     Now Comes Thomas W McDonald, Jr. Chapter 13 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $6.57 for deposits in the U. S. Registry as evidenced by the attached Check No. 265291 made payable to U.S. Bankruptcy Court.

     The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds" from the interim distribution from January 31, 2011 on behalf of the following debtor:

     Jan 31, 2011         $6.57         debtor has not cashed refund check

     Debtor did not cash and letters were mailed to debtor & no response.

Date: May 30, 2011                                         /s/ Thomas W McDonald
                                                                Thomas W McDonald, Jr.
                                                                 Chapter 13 Trustee
                                                                3144 Davenport Ave
                                                                Saginaw Mi 48602
                                                                Telephone (989) 792-6766
                                                                ecf@mcdonald13.org